**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LONDON TAYLOR**                                                                        PLAINTIFF

V.                         CASE NO. 4:13CV00645-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                       DEFENDANT

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on August 21, 2014, and filed in this case (docket entry #16), it is CONSIDERED, ORDERED, and ADJUDGED that this matter is remanded to the Commissioner of the Social Security Administration under Sentence four of 42 U.S.C. § 405(g), for further administrative action.  Judgment is entered in favor of the Plaintiff.

So ordered, this 26th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE